**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| JOE M.C., | No. 1:26-cv-01883 JLT EGC (HC) |
| Petitioner, | A-Number: 213-333-773 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING THE PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |
|  | (Docs. 1, 11) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 23, 2026, the magistrate judge issued findings and recommendations that the petition for writ of habeas corpus be denied. (Doc. 11.) On July 10, 2026, Respondents filed timely objections. (Doc. 13.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on July 23, 2026 (Doc. 11) are **ADOPTED IN FULL**.

2. The petition for writ of habeas corpus is **DENIED**.

///

///

1

3.  The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:   August 13, 2026

_____
UNITED STATES DISTRICT JUDGE